# HARRIS BEACH
## ATTORNEYS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 901
UNIONDALE, NEW YORK 11553
(516) 880-8484

**KEITH M. CORBETT**

FAX: 516-880-8483
KCORBETT@HARRISBEACH.COM

November 18, 2014

United States Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
Attn: Judge Robert A. Katzmann

      Re:    Christopher Barrella
                      -v-
             The Incorporated Village of Freeport
             Second Circuit Docket No.: 14-2349
             Related Second Circuit Docket No.: 14-2270, 14-1896, 14-2254
             Related District Court Docket No.: 12CV0348

Dear Judge Katzmann:

      Our office represents the Village of Freeport ("Village"), in reference to the above captioned appeals. This letter is being submitted as a request to extend the briefing schedule so all Village appeals can be briefed in tandem in one (1) submission to the United States Courts of Appeals for the Second Circuit.

      Prior to submitting our briefing schedule for Case No. 14-2349, on September 11, 2014, I discussed this matter with the case manager Deborah Holmes and advised that we would be filing at least two (2) additional notices of appeal in this action. Ms. Holmes advised me that upon the opening of docket numbers for said appeals in the Second Circuit, I could move to consolidate all Village appeals and extend the briefing schedule so all Village appeals could be heard in tandem before the Court.

      On September 11, 2014, my office filed two additional notices of appeal (ECF Doc. Number 246 and 247). ECF Document number 246 received a docket number from the Second Circuit, but ECF document number 247 has not received a document number from the Second Circuit. I have been in constant contact with Ms. Holmes and I have spoken with Mr. Darnell Boldin, the Intake Clerk and Mr. Matthew Mawby, the Administrative Attorney and they are trying to resolve this issue. I must advise the Court that each of these individuals has been exceptionally helpful and have acted at all times with the utmost professionalism.

November 18, 2014
Page 2

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

      As the initial appeal is set to be briefed on November 26, 2014, I am respectfully requesting that upon the opening of all Village docket numbers in the Second Circuit, all Village appeals be consolidated and the Village of Freeport be allowed to submit one (1) brief for all Village appeals. As the Court is aware, another appeal was filed on November 17, 2014. Therefore, the approximate time upon which the later appeals would be briefed is the Spring of 2015. However, I am requesting that all Village appeals be briefed on or before January 28, 2015. I believe this would be easier for the adjudication of the issues before the Second Circuit and will not prejudice any party in that all issues will be briefed at once, months prior to the requisite time to brief the latest appeals. Additionally, this will provide the time necessary for a docket number to be assigned by the Court.

      I have spoken with all parties to the above referenced appeals. The Co-defendant Andrew Hardwick, consents to this request and simply asks that all of his appeals, also, be briefed in one (1) submission to the Court on January 28, 2015. The Plaintiff does not consent to this request.

      I appreciate the Court's attention to this matter and if the Court has any questions, please do not hesitate to contact my office.

                                                    Very truly yours,

                                                    _____S/_____
                                                    Keith M. Corbett, Esq.

CC:    All Counsels of Record (via ECF)

        Catherine O'Hagan Wolfe
        Clerk of Court